No. 142, Misc.   PUDDU *v.* ROYAL NETHERLANDS STEAM-SHIP Co.   C. A. 2d Cir.   Certiorari denied.   *Robert Klonsky* and *Philip F. DiCostanzo* for petitioner.   *George J. Conway* and *Michael J. Kenny* for respondent.

No. 143, Misc.   WARREN *v.* NASH, WARDEN.   Supreme Court of Missouri.   Certiorari denied.

No. 146, Misc.   DEES *v.* RIVERS ET AL.   United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.   Petitioner *pro se.*   *Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene* and *Isabel L. Blair* for respondents.

No. 147, Misc.   SENNA *v.* KENNEDY, POLICE COMMISSIONER OF THE CITY OF NEW YORK, ET AL.   Court of Appeals of New York.   Certiorari denied.   *Carl L. Shipley, Thomas A. Ziebarth* and *Samuel Resnicoff* for petitioner. *Leo A. Larkin* and *Seymour B. Quel* for respondents.

No. 148, Misc.   PYLES *v.* WARDEN, MARYLAND PENITENTIARY.   Baltimore City Court of Maryland.   Certiorari denied.

No. 151, Misc.   TURNER *v.* ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 152, Misc.   SIMS *v.* CUNNINGHAM, PENITENTIARY SUPERINTENDENT.   Supreme Court of Appeals of Virginia.   Certiorari denied.   *Lewis T. Booker* for petitioner.

No. 159, Misc.   PERKINS *v.* NEW YORK.   Court of Appeals of New York.   Certiorari denied.